

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2015

No. 04-14-00745-CV

Keeann **DEVORA**, Craig Owen, and Keller Williams Realty,
Appellants

v.

Tavaris J. **SLAUGHTER**, Individually, and TJ Slaughter Enterprises, LLC,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-13013
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on February 6, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court